```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEMOS P. DEMOPOULOS,                                            *
ANTHONY STORZ, STEPHEN MALONE                                   *
ROBERT HOLDEN, SCOTT LITTLE, and                                *
PETER INGRAM as Trustees and Fiduciaries                        *
of the LOCAL 807 LABOR-MANAGEMENT                               *
PENSION FUND,                                                   *
                                                                *
                Plaintiffs,                                     *
                                                                *
                - against -                                     *       2:23-cv-00139-JMA-JMW
                                                                *
EXPO ADVANTAGE USA, INC.                                        *
                                                                *
                                Defendant.                      *
----------------------------------------------------------------X
```

PLEASE TAKE NOTICE THAT, upon the annexed Memorandum of Law, Affidavit, Declaration, and exhibits, plaintiffs Demos P. Demopoulos, Anthony Storz, Stephen Malone, Robert Holden, Scott Little, and Peter Ingram, as Trustees and Fiduciaries of the Local 807 Labor-Management Pension Fund, through their counsel, Friedman & Anspach, move this Court, pursuant to Federal Rule of Civil Procedure 55 (b)(2) and Civil Rule 55.2(b), to enter default judgment in favor of plaintiffs and against defendant Expo Advantage USA, Inc., on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: May 31, 2023
      New York, New York

                                                                                 /s/_____
                                                                          Daniel Treiman
                                                                          FRIEDMAN & ANSPACH
                                                                          1500 Broadway, Suite 2300
                                                                          New York, New York 10036
                                                                          (212) 354-4500
                                                                          dtreiman@friedmananspach.com

                                                                          *Attorneys for Plaintiffs*