FILED
CLERK
3:07 pm, Aug 08, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
DEMOS P. DEMOPOULOS,
ANTHONY STORZ, STEPHEN MALONE
ROBERT HOLDEN, SCOTT LITTLE, and
PETER INGRAM as Trustees and Fiduciaries
of the LOCAL 807 LABOR-MANAGEMENT
PENSION FUND,

    Plaintiffs,

    - against -        2:23-cv-00139-JMA-JMW

EXPO ADVANTAGE USA, INC.

    Defendant.
---------------------------------------------X

## DEFAULT JUDGMENT

WHEREAS, the Clerk of the Court having noted the default of Defendant Expo Advantage USA, Inc. ("Defendant"), and based upon the Declaration of Daniel Treiman, the Affidavit of Teresa Casanova, the accompanying exhibits, and the applicable law, it is hereby:

ORDERED AND ADJUDGED that Defendant be held liable to Plaintiffs, as Trustees and Fiduciaries of the Local 807 Labor-Management Pension Fund, in the total amount of $151,600.40, plus per diem interest at the rate of $49.74 from June 1, 2023 until the date of judgment is entered, as follows:

1. $100,868.00 in withdrawal liability
2. $22,732.60 in interest on the withdrawal liability
3. $22,732.60 in additional interest on the withdrawal liability
4. $4,800.00 in attorney's fees
5. $467.20 in costs

**SO ORDERED.**
Dated: August 8, 2023
Central Islip, New York

          _____/s/ (JMA)_____
          Joan M. Azrack
          United States District Judge